UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**BRIAN C. TURNER, SR.**              **DOCKET NO. 6:14-CV-02812-DEW-PJH**

**VERSUS**

**OCEANEERING INTERNATIONAL, INC.**

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
OUT OF TIME OPPOSITION MEMORANDUM**

---

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, Brian C. Turner, Sr., who respectfully seeks leave from this Honorable Court to file his Memorandum in Opposition to the Defendant's Motion for Summary Judgment out of time for the following reasons.

1.

Defendant filed a Motion for Summary Judgment on April 24, 2015. (R. Doc. 9).

2.

On April 27, 2015, this court issued a Notice of Motion Setting, which set the motion date for June 5, 2015 and set a twenty-one (21) day deadline from the date of the notice to submit any opposition. (R. Doc. 10).

3.

In preparing the opposition, counsel for the Plaintiff realized that the deadline to submit an opposition was inadvertently calendared for May 27, 2015 instead of May 18, 2015.

4.

Counsel for the Plaintiff sincerely apologizes for any inconvenience this inadvertent mistake may have caused and seeks leave file an opposition in order to prevent injustice.

5.

As such, Plaintiff respectfully seeks leave of this Honorable Court to file his Memorandum in Opposition to Defendant's Motion for Summary Judgment out of time. A memorandum in support of this motion is being filed herein with. The Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, supporting exhibits and Response to Defendant's Statement of Uncontested Material Facts is also being filed along with this motion.

6.

In accordance with local rules, undersigned counsel consulted with counsel for the Defendant before the filing of this motion. Counsel for the Defendant indicated that the Defendant opposes this motion.

**WHEREFORE**, the Plaintiff prays that his Motion for Leave to File Out of Time Opposition Memorandum be granted.

**RESPECTFULLY SUBMITTED**:

**SMITH LAW FIRM**

/s/Adrienne D. Rachel
**J. ARTHUR SMITH, III, T.A.**
La. Bar Roll No. 07730
**ADRIENNE D. RACHEL**
La. Bar Roll No. 34391
830 North Street
Baton Rouge, Louisiana 70802
Telephone (225) 383-7716
Facsimile (225) 383-7773
**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Western District of Louisiana ECF Filing System and, as a standard function of that system, all counsel of record has been provided with an electronic copy.

  Baton Rouge, Louisiana, this 27th day of May, 2015.

            /s/Adrienne D. Rachel
            Adrienne D. Rachel