RECEIVED

MAY 2 8 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

BRIAN C. TURNER, SR.

DOCKET NO. 6:14-CV-02812-DEW-PJH

**VERSUS**

OCEANEERING INTERNATIONAL, INC.

---

## ORDER

---

Considering the foregoing,

**IT IS ORDERED** that the Plaintiff's Motion for Leave to File Out of Time Opposition

Memorandum is hereby granted.

Ordered and signed in Shreveport, Louisiana, this 28th day of May, 2015.

HONORABLE DONALD E. WALTER
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA